**Todd THOMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59844.**

Missouri Court of Appeals,
Western District.

Nov. 6, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., PATRICIA BRECKENRIDGE and THOMAS H. NEWTON, JJ.

**Order**

PER CURIAM.

Todd Thompson appeals the judgment of the motion court denying his claim of ineffective assistance of counsel in a post-conviction relief motion under Rule 29.15.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).